**United States Bankruptcy Court**
**District Of Idaho**

U.S. COURTS

FEB 11 2010

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

In Re: Pugmire, Brandon L./Tara L.    )    **CHAPTER: 13**
                                      )
                                      )    **CASE NO.: 04-04452 TLM**
                                      )
                                      )
                                      )

## TURNOVER OF FUNDS TO THE CLERK

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

   **NAME & ADDRESS OF CREDITOR**          **AMOUNT NOT DISBURSED**


2. The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. §347(a).

| NAME & ADDRESS OF CREDITOR | CHECK NO. | DATED | AMOUNT |
|---|---|---|---|
| MinnTex Investment Partners LP<br>5075 Wayzata Blvd Ste 270<br>Golden Valley, MN  55416 | 56601 | 2/10/2010 | $2,395.56 |
| | | **TOTAL** | **$ 2,395.56** |
| | **TOTAL AMOUNT REMITTED** | | **$ 2,395.56** |

/S/  Bernie Rakozy Trustee